# Exhibit 2



**Crusade for Freedom**
@Crusade4Freedom

We just prospectively challenged the eligibility of 360,000 voters in GA.

Largest single election challenge in Georgia and American history.

#eyesonGA
#validatethevoteGA



**Crusade for Freedom**
@Crusade4Freedom

If the Georgia counties refuse to handle the challenges of 366,000 ineligible voters in accordance with the law, I plan to release the entire list so America can do the QC.

#validatethevoteGA #eyesonGA

12:46 PM · Dec 20, 2020 · Twitter for iPhone