# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOHN DOE, and JANE DOE, | |
| Plaintiffs, | Case No. _____ |
| v. | |
| TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10, | **MOTION TO PROCEED ANONYMOUSLY** |
| Defendants. | |

Plaintiffs Fair Fight Inc., John Doe, and Jane Doe, by and through the undersigned attorneys, file this Motion to Proceed Anonymously. Plaintiffs John and Jane Doe ("Does") seek to proceed anonymously given the real threats of voter intimidation as detailed in the Complaint (ECF No. 1). Further, the Does fear retaliation from Defendants and their supporters for having filed the lawsuit. For the reasons stated in the accompanying Memorandum of Law, Plaintiffs request leave of this Court to proceed anonymously.

Dated this, the 23rd day of December, 2020.

Respectfully Submitted,

Marc E. Elias*
Uzoma Nkwonta*
Christina A. Ford*
**PERKINS COIE LLP**
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
unkwonta@perkinscoie.com
christinaford@perkinscoie.com

Thomas J. Tobin*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000
ttobin@perkinscoie.com

Molly E. Mitchell*
**PERKINS COIE LLP**
1111 West Jefferson Street, Suite 500
Boise, ID  83702-5391
Phone: (208) 343-3434
Fax: (208) 343-3232
mmitchell@perkinscoie.com

*Counsel for Plaintiffs*
**Pro hac vice motion* forthcoming

*/s/ Allegra J. Lawrence*
Allegra J. Lawrence (GA Bar No. 439797)
Leslie J. Bryan (GA Bar No. 091175)
Maia Cogen (GA Bar No. 832438)
**LAWRENCE & BUNDY LLC**
1180 West Peachtree Street, Suite 1650
Atlanta, GA 30309
Telephone: (404) 400-3350
Fax: (404) 609-2504
allegra.lawrence-hardy@lawrencebundy.com
leslie.bryan@lawrencebundy.com
maia.cogen@lawrencebundy.com

Dara Lindenbaum (GA Bar No. 980780)
**SANDLER REIFF LAMB ROSENSTEIN & BIRKENSTOCK, P.C.**
1090 Vermont Avenue, NW, Suite 750
Washington, DC 20005
Telephone: (202) 479-1111
Fax: 202-479-1115
lindenbaum@sandlerreiff.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, I caused the foregoing MOTION TO PROCEED ANONYMOUSLY and the accompanying BRIEF IN SUPPORT and PROPOSED ORDER to be served on Defendants Catherine Englebrecht and True the Vote by placing a copy in Federal Express addressed as follows:

> True the Vote
> c/o Catherine E. Englebrecht
> 7232 Wynnwood Lane
> Houston, TX 77008-6041
>
> Catherine E. Englebrecht
> 7232 Wynnwood Lane
> Houston, TX 77008-6041

I further certify that, on December 24, 2020, I served the remaining Defendants via hand-delivery addressed as follows:

> Derek Sommerville            James Cooper
> 5130 Saddlebred Lane         694 Loth Wages Road
> Cumming, GA 30028            Dacula, GA 30019
>
> Mark Davis                   Mark Williams
> 325 Westfork Way             3312 Canary Trail
> Suwanee, GA 30024            Duluth, GA 30096
>
> Ron Johnson
> 1754 Tugalo Drive
> Jefferson, GA 30549

*/s/ Allegra J. Lawrence*
Allegra J. Lawrence