# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FAIR FIGHT, INC., JOHN DOE, and JANE DOE,<br><br>        Plaintiffs,<br><br>    v.<br><br>TRUE THE VOTE, CATHERINE ENGELBRECHT, DEREK SOMERVILLE, MARK DAVIS, MARK WILLIAMS, RON JOHNSON, JAMES COOPER, and JOHN DOES 1-10,<br><br>        Defendants. | Case No. _____<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED ANONYMOUSLY** |

THIS MATTER comes before the Court on Plaintiffs' Motion to Proceed Anonymously (the "Motion"). Having considered the Motion, and any opposition thereto, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**, and Plaintiffs Jane Doe and John Doe may proceed anonymously in this matter.

**IT IS SO ORDERED.**

Dated this _____ day of December, 2020.

                                                        _____
                                                        The Honorable _____
                                                        United States District Judge